

WRITER'S ADDRESS:
420 Lexington Avenue
Suite 2104
New York, NY 10170
D 212-818-0269
F 212-434-0105

Sean H. Chung
Email: Chung@LitchfieldCavo.com

April 26, 2021

*Via ECF*
Honorable Robert W. Lehrburger
United States District Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1960
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2021
```

  Re: Margarito Hernandez Santos, on behalf of himself, FLSA Collective Plaintiffs,
    and the Class v. Nuve Miguel Corp. d/b/a Key Foods and Luis H. Urgiles
    Case No.: 1:21-cv-01335-JPO-RWL
    Our File No.: 2780-3605D

Dear Judge Lehrburger:

  We represent the Defendants in the above-referenced matter alleging violations under the FLSA and NYLL overtime provisions. We respectfully request an adjournment of the Initial Conference currently scheduled for May 3, 2021, to May 28, 2021, June 2, 2021, or June 4, 2021. The undersigned has met and conferred with counsel for the Plaintiff today and he has agreed to adjourn the conference for approximately thirty (30) days. The reason for the adjournment is due to the pending Rule 12(b)(6) Motion to Dismiss filed on April 22, 2021. Furthermore, since the deadline to submit a joint case management order expires today, parties will require further time to submit the order on consent.

  This is Defendants' first request for an adjournment.

  We thank you for Your Honor's consideration.

The telephonic Initial Pretrial Conference currently set for May 3, 2021 at 2:30 p.m. before Magistrate Judge Robert W. Lehrburger is hereby rescheduled to **June 2, 2021** at **2:30 p.m.**

SO ORDERED:
4/27/2021
_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Respectfully yours,

Hyun-Beck (Sean) Chung
(HC 1063)

SHC/zd

Atlanta | Boston area | Chicago | Dallas-Fort Worth | Fort Lauderdale | Hartford area | Houston | Indiana
Las Vegas | Los Angeles area | Louisiana | Milwaukee | New Jersey | New York | Philadelphia | Phoenix
Pittsburgh | Providence | Salt Lake City | St. Louis | Tampa | West Virginia

www.LitchfieldCavo.com