USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARGARITO HERNANDEZ SANTOS,

                Plaintiff,

      - against -

NUVE MIGUEL CORP., et al.

                Defendants.
------------------------------------------------------------X

21-CV-1335 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    This order resolves the issues raised by the parties at Dkt. 59 (motion for reconsideration) and Dkt. 65 (letter motion to compel depositions):

    1.    Plaintiff's motion for reconsideration is granted. Plaintiff is entitled to limited class discovery as discussed during the conference held on February 3, 2022. Defendant shall produce documents similar in kind to the time records produced in support of the motion for reconsideration for a sampling of non-exempt workers for the relevant period; the parties shall work cooperatively and in good faith to determine sampling methodology (for a 20% sample) and extent of documents (for example, 4th quarter only). The documents produced shall be anonymized as suggested in Plaintiff's motion.

    2.    The completion of Klever Urgiles deposition shall precede the deposition of Luis Urgiles.

    3.    Plaintiff may depose Ana Urgile, Martin Garcia, and Oscar Vergera.

    4.    Plaintiff will not depose Luis Calle.

    5.    The fact discovery deadline is extended to **March 31, 2022**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 3, 2022
       New York, New York

Copies transmitted this date to all counsel of record.