```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARGARITO HERNANDEZ SANTOS,

                Plaintiff,

    - against -

NUVE MIGUEL CORP., et al.

                Defendants.
------------------------------------------------------------X

21-CV-1335 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves the issues raised by Defendants at Dkt. 70:

    1. The parties shall negotiate and submit for the Court's approval a proposed protective order for confidential information by **February 24, 2022**. Whether a party has properly designated material as confidential is an issue that can be resolved through procedures set forth in the protective order.

    2. The parties shall resume and complete the deposition of the corporate witness. As the first two sessions were prematurely terminated as a result of issues associated with the interpreter retained by Plaintiff, Plaintiff will be responsible for paying defense costs should there be future premature terminations of depositions necessitating resumption at another time. The parties shall comply with the Federal Rules Of Civil Procedure regarding opportunity to review, correct, and sign deposition transcripts.

                SO ORDERED.

                _____
                ROBERT W. LEHRBURGER
                UNITED STATES MAGISTRATE JUDGE

1

Dated: February 17, 2022
New York, New York

Copies transmitted this date to all counsel of record.