```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARGARITO HERNANDEZ SANTOS,

                Plaintiff,

      - against -

NUVE MIGUEL CORP., et al.

               Defendants.
-------------------------------------------------------------X

21-CV-1335 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves the dispute concerning a protective order to limit use of confidential information raised by the parties at Dkt. 74-75.

1. The Court will issue a protective order.

2. Materials that may not be deemed confidential: The order shall include Plaintiff's proposed language with an exception for personally identifying information (PII) as that term is used in the Federal Rules of Civil Procedure.

3. Depositions: The parties shall have 14 days to make confidentiality designations.

4. Paragraph 14: The language proposed by Defendants shall be used, followed by: "Nothing in the foregoing precludes a party from requesting the same Confidential Discovery Material in other litigation."

Defendant shall submit a revised proposed order by **March 7, 2022.**

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1

2

Dated: February 28, 2022
New York, New York

Copies transmitted this date to all counsel of record.