UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARGARITO HERNANDEZ SANTOS,

                Plaintiff,

     - against -

NUVE MIGUEL CORP., et al.

                Defendants.
-------------------------------------------------------------X

21-CV-1335 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On March 23, 2022, the Court stayed this case pending mediation and ordered the parties to file a status letter every 30 days and no later than 7 days after mediation. (Dkt. 90.) On April 22, 2022, the parties informed the Court that mediation was scheduled for May 2, 2022. (Dkt. 91.) No further letters have been filed. By **June 7, 2022**, the parties shall file a joint status letter and shall continue to file a joint status letter every 60 days thereafter.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated: May 31, 2022
       New York, New York

Copies transmitted this date to all counsel of record.