USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARGARITO HERNANDEZ SANTOS,

                Plaintiff,

     - against -

NUVE MIGUEL CORP., et al.

                Defendants.
-------------------------------------------------------------X

21-CV-1335 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     In light of the current stay of this case and the settlement fairness proceedings in parallel case 22-CV-899 which contemplates dismissal of both cases, Plaintiff's motion for class certification pursuant to FRCP 23 is denied as moot without prejudice to reinstatement in the event the settlement does not receive final approval.

     The Clerk of Court is respectfully requested to terminate the motion at Dkt. 80.

                                         SO ORDERED.

                                         _____
                                         ROBERT W. LEHRBURGER
                                         UNITED STATES MAGISTRATE JUDGE

Dated: November 21, 2022
        New York, New York

Copies transmitted this date to all counsel of record.

1